■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIE GLOVER, Appellant.— Judgment unanimously affirmed. Memorandum: In affirming this judgment based upon a plea of guilty, we do not reach the question as to whether appellant is entitled to some other form of relief. There

is nothing in the record before us that substantiates the contentions made in appellant's brief. (Appeal from judgment of Monroe County Court convicting defendant of rape, first degree.) Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.